UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

TRUSTEES OF THE N.E.C.A./LOCAL 145 )
I.B.E.W. PENSION PLAN, AS COLLECTION )
AGENT FOR ALL FRINGE BENEFITS, )
    Plaintiff, ) No. 4:17-cv-4025
 )
Vs. )
 )
THADDEUS GUIZAR, Individually and d/b/a )
THADDEUS H. ELECTRIC, INC., )
    Defendant. )

**MOTION TO EXTEND TIME FOR FILING MOTION FOR DEFAULT JUDGMENT**

    NOW COMES Plaintiff, Trustees of the NECA/Local 145 IBEW Pension Plan, as Collection Agent for all Fringe Benefits, by and through their attorney, John S. Callas for McCarthy, Callas & Feeney, P.C. and pursuant to Rule 6 (b)(1) of the Federal Rules of Civil Procedure hereby requests this Court extend the time to file a Motion for Default Judgment for the reasons stated below:

    1. On June 8, 2017, Plaintiff filed a Motion for Default Judgment in this matter because Defendant had failed to appear, plead, or otherwise file a Motion within 21 days as required under FRCP Rule 12(1)(A)(i). The Motion for Default was intended by Plaintiff to apply only to liability, as damages cannot accurately be determined without information from Defendant.

    2. On August 10, 2017, this court entered an Entry of Default.

    3. Following the docket entry of Default, Plaintiff served Discovery documents upon Defendant in an effort to calculate damages. The Notice of Service of Discovery documents was filed electronically with this Court on October 17, 2017. FRCP Rule 34 provides that a party has thirty days to respond to Request for Production. Therefore, the deadline for response to Plaintiff's discovery passed on November 20, 2017, after allowing for service upon the Defendant by U.S. Mail.

    4. By text order entered November 14, 2017, this Court directed Plaintiff to submit a new Motion for Default Judgment identifying specific damages by November 28, 2017.

    5. Based on Defendant's failure to respond to discovery, Plaintiff requests additional time to attempt to meet and confer with Defendant or propound additional discovery to defendant.

    6. The necessity of additional discovery constitutes good cause for extending a deadline under FRCP Rule 6(b)(1).

WHEREFORE, Plaintiff prays this Court enter an Order extending the time to file a Motion for Default Judgment and for such further relief as this Court deems just and equitable.

                    Trustees of the NECA/Local 145 IBEW Pension Plan, as Collection Agent for all Fringe Benefits

                    By/s/ John S. Callas
                       John S. Callas, Attorney for Plaintiff

McCarthy, Callas & Feeney, P.C.
329 18th Street
Rock Island, IL 61201
309-788-2800

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send notification of such filing, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Thaddeus Guizar, Individually and d/b/a
Thaddeus H. Electric, Inc.
501 20th Street
Rock Island, IL 61201

                    /s/ John S. Callas

McCarthy, Callas & Feeney, P.C.
329 Eighteenth Street
Rock Island, IL 61204-3100
(309) 788-2800